NO. 12-03-00393-CV



IN THE COURT OF APPEALS
 


TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS


§
 


IN RE: JIMMIE LEE GARNER,
§
 ORIGINAL PROCEEDING

RELATOR

§
 

 

MEMORANDUM OPINION


 Relator Jimmie Lee Garner, acting pro se, filed a petition for writ of mandamus requesting
an order requiring the trial court to rule on his motion for DNA testing. The appendix to Relator's
mandamus petition includes an order appointing counsel for Relator in the DNA proceeding. Relator
is not entitled to hybrid representation. See Ruda v. State, 616 S.W.2d 623, 625 (Tex. Crim. App.
[Panel Op.] 1981). Accordingly, we deny Relator's petition for writ of mandamus.


 JAMES T. WORTHEN 

 Chief Justice



Opinion delivered November 26, 2003.

Panel consisted of Worthen, C.J., and DeVasto, J.

Griffith, J., not participating

 



(PUBLISH)